UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KENJI HOWARD,<br><br>          Plaintiff,<br><br>   v.<br><br>CORRECTIONAL OFFICER RUSH, et al.,<br><br>          Defendants. | No. CV 13-4776-JAK (SH)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1

    IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Report and Recommendation, (2) dismissing the Amended Complaint without leave to amend.

DATED: 6/4/14

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE