UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KENJI HOWARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONAL OFFICER RUSH, et al.,<br><br>　　　　Defendants. | No. CV 13-4776-JAK (SH)<br><br>JUDGMENT |

　　　Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without leave to amend.

DATED: 6/4/14

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1